# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LAMONT JOHNSON | CIVIL ACTION NO. 05-0286 |
| versus | JUDGE HICKS |
| WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## AMENDED JUDGMENT[1]

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed[2], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED AS UNTIMELY** and Petitioner's complaint **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of August, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This Amended Judgment supercedes Record Document No. 20, which is hereby **VACATED**.

[2] Although the Court is mindful that the dissenting justices in <u>Lawrence v. Florida</u>, 127 S.Ct 1079 (2007) would have found his writ timely, this Court is bound by the majority of justices which held otherwise.